IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

IRMA RUIZ RAMIREZ,

        Plaintiff,                              No. 5:21-CV-125

VS.

MARK ANTHONY GONZALEZ,

ROSEMARY GONZALEZ,

EL CHALALA INC.,

    Individually and in their Official Capacities,

        Defendants,

---

## MOTION FOR DEFAULT JUDGMENT

---

TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS LAREDO DIVISION:

Before the Court is Plaintiff IRMA RUIZ RAMIREZ, acting Pro se pursuant the Sixth Amendment of the United States Constitution and Supreme Court holding in **HAINES V. KERNER**, files the foregoing Motion for Default Judgment and in support thereof Plaintiff would show as follow:

Page 1 of 4

I

Plaintiff instituted this suit pursuant the federal statute 42 USC Section 1981-1988, Sherman Act, et seq., claiming damages and injunctive relief liable to the Defendants as State actors. And pursuant the Supreme Court holding in **WEST V. ATKINGS,** 487 U.S. 42 (1988)(Defendants Gonzalez are actor under color of state law by their commission given to them by the State of Texas as notary publics).

II

Plaintiff moves this Court for a judgment of default in this action and show that the complaint in the above case was filed on this court on October the First 2021. The Summons and Complaint were dully served on November 10th 2021, by the server Mr. Marco Valentin Munoz a resident of Laredo Texas, whose served the defendants on the following address of record.

Defendant(s) ROSEMARY GONZALEZ and MARK ANTHONY GONZALEZ, at the 1512 Bulk Elk Ln Laredo Texas 78045, and;

Defendant EL CHALALA Inc., was served at the 405 muller Memorial Blvd Laredo Texas 78045.

On November 16th 2021, Plaintiff returned (via U.S. Postal Service) a copy of service of Summons along with an Affidavit signed by the server Mr. Marco Valentin Munoz to the Clerk of the Court stating the personal service on the Defendants' address and pursuant to Federal Rule of Civil procedure 4(l).

### III

No answer or other defense has been filed by the Defendants. Default should be entered by the Office of the Clerk on November 30th 2021. No proceedings have been taken by the Defendants since said date. The Clerk clearly advised the Defendants that Default Judgment may be entered after 20 days of the date of service of Summons.

### IV

Defendants are not in the Military Service and are not infant or incompetent as appear on the evidences and declaration of Plaintiff submitted herewith.

Wherefore, Plaintiff moves the Court make and enter judgment for the relief on the complaint and any additional relief the Court deems fair and equitable.

Dated on this the 7th day of December 2021.

_____
IRMA RUIZ RAMIREZ
PLAINTIFF PRO SE
3407 NORTH BUENA VISTA AVENUE
LAREDO TEXAS 78043

## CERTIFICATE OF SERVICE

I, IRMA RUIZ RAMIREZ, Plaintiff herein, certify under penalty of perjury that the foregoing *Motion for Default Judgment* is true and correct and was transmitted to the Clerk of the U.S. District Court Southern District of Texas Laredo Division 1300 Victoria Street, Laredo Texas 78040. Additional copy is being furnished and mailed to the Defendants to the address of record, via U.S. Postal service First Class pursuant to 28 USC Section 1746.

Dated on this the 7th day of December 2021.

*[signature]*

IRMA RUIZ RAMIREZ
PLAINTIFF PRO SE
3407 NORTH BUENA VISTA AVENUE
LAREDO TEXAS 78043