UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

IRMA RUIZ RAMIREZ
    Plaintiff

V.                                Civil Action 5:21-CV-125

EL CHALALA, INC.,
MARK ANTHONY GONZALEZ,
ROSEMARY GONZALEZ
    Defendants

## ORIGINAL ANSWER OF DEFENDANTS ROSEMARY GONZALEZ AND MARK ANTHONY GONZALEZ

TO THE HONORABLE JUDGE OF SAID COURT.

    1. Defendant Rosemary Gonzalez and Mark Anthony Gonzalez, appearing pro se, answer the complaint of Irma Ruiz Ramirez.

    2. Defendants each deny, all Plaintiff's complaint. And on this they put themselves upon the county.

    3. Plaintiff has not filed a claim upon which relief can be granted.

    4. Defendant's specially except object to Plaintiff allegations of criminal conduct by Defendants which if true should be brought before either the Webb County District Attorney or the United States Attorney for the southern District of Texas.

    5. Defendants specially object to Plaintiff's failure to specify when Defendant slandered and assaulted plaintiff

    Defendants hereby prays that the Plaintiff take nothing by this suit.

                                    Respectfully your

                                    Rosemary Gonzalez

_____
Mark Anthony Gonzalez

1507 Bull Elk Ln.
Laredo, Texas 78045

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent via certified return receipt requested, and/or facsimile on November 19, 2021.

Irma Ruiz Ramirez
3407 N. Buena Vista Ave.
Laredo, Texas 78043

_____
Mark Anthony Gonzalez

_____
Rosemary Gonzalez

_____
Mark Anthony Gonzalez

1507 Bull Elk Ln.
Laredo, Texas 78045

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent via certified return receipt requested, and/or facsimile on November 19, 2021.

Irma Ruiz Ramirez
3407 N. Buena Vista Ave.
Laredo, Texas 78043

_____
Mark Anthony Gonzalez

_____
Rosemary Gonzalez